# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

## No. 06-7120

## September Term, 2006

**06cv01122**



Alex T. Simmons,

      Appellant

      v.

District of Columbia, et al.,

      Appellees

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 2/16/07

BY: _____, Deputy Clerk

ATTACHED: ___ Amending Order
            ___ Opinion
            ___ Order on Costs

Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED NOV 29 2006

CLERK

**BEFORE:** Ginsburg, Chief Judge, and Henderson and Tatel, Circuit Judges

## ORDER

Upon consideration of the order to show cause filed October 5, 2006, and appellant's answer thereto (styled "motion pursuant to Federal Rule of Appellant [sic] Procedure 4(a)(5)"), it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, on the court's own motion, that this appeal be dismissed as untimely. Appellant filed his notice of appeal on July 25, 2006, more than 30 days after the June 22, 2006 entry of the challenged order. See Fed. R. App. P. 4(a)(1)(A). This court lacks authority to extend the time for filing a notice of appeal. See Fed. R. App. P. 26(b)(1).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk